# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

JEREMY A. COLLINS,           )
                             )
          Plaintiff,    )
                             )
v.                           )   Civil Action No. 3:21-CV-007–HEH
                             )
KIJAKAZI KILOLO,             )
Acting Commissioner of       )
Social Security,             )
                             )
          Defendant.   )

## ORDER
### (Adopting Report and Recommendation of the Magistrate Judge)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1) The Report and Recommendation of the Magistrate Judge (ECF No. 29) is ACCEPTED and ADOPTED;

2) Plaintiff's Motion for Summary Judgment (ECF No. 25) and Motion to Remand (ECF No. 26) are DENIED

3) Defendant's Motion for Summary Judgment (ECF No. 28) is GRANTED;

4) The final decision of the Commissioner is AFFIRMED;

5) This case is CLOSED.

The Clerk is directed to send a copy of the Memorandum Opinion and this Order to all counsel of record.

It is so ORDERED.

/s/
_____
Henry E. Hudson
Senior United States District Judge

Date: **August 5, 2022**
Richmond, Virginia

2